John C. Rawls (Cal. State Bar No. 106567)
rocky@bwmtx.com
Sarah Silbert (Cal. State Bar No. 198594)
sarah@bwmtx.com
BAKER WILLIAMS MATTHIESEN LLP
1177 West Loop South, Suite 1600
Houston, Texas 77027
Telephone: (713) 888-3535
Facsimile: (713) 888-3550

Valyncia Simmons (Cal. State Bar No. 231099)
valyncia@bwmtx.com
BAKER WILLIAMS MATTHIESEN LLP
1725 I Street NW, Suite 300
Washington, DC 20006
Telephone:  (202) 349-1136
Facsimile:  (202) 349-3915

Attorneys for Plaintiff
iolo technologies, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IOLO TECHNOLOGIES, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SYMANTEC CORPORATION, a Delaware corporation; and PC TOOLS, INC., a Delaware corporation;<br><br>Defendants. | **CASE NO. 2:12-cv-01126-DMG (JEMx)**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 41(a)(1)] |

STIPULATION OF DISMISSAL WITH PREJUDICE

1       IT IS HEREBY STIPULATED by and between the parties to this action
2 through their designated counsel that the above-captioned action be and hereby is
3 dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).
4       HEREBY SO AGREED AND STIPULATED.

5                                           Respectfully Submitted:

6 Dated: May 15, 2012           BAKER WILLIAMS MATTHIESEN LLP

8                                           By: _____
9                                               John C. Rawls
                                                 Valyncia Simmons
10                                               Sarah Silbert
                                                 Attorneys for Plaintiff
11                                               IOLO TECHNOLOGIES, LLC

12 Dated: May 15, 2012           FENWICK & WEST LLP

14                                             By: _____
15                                               Jedediah Wakefield
                                                 Guinevere L. Jobson
16                                               Attorneys for Defendant
                                                 Symantec Corporation and PC TOOLS, Inc.

18 IT IS SO ORDERED.
19 DATED: May 21, 2012

22 _____
23 DOLLY M. GEE
   United States District Judge

28                                                         – 1 –