John C. Rawls (Cal. State Bar No. 106567)
rocky@bwmtx.com
Sarah Silbert (Cal. State Bar No. 198594)
sarah@bwmtx.com
BAKER WILLIAMS MATTHIESEN LLP
1177 West Loop South, Suite 1600
Houston, Texas 77027
Telephone: (713) 888-3535
Facsimile: (713) 888-3550

Valyncia Simmons (Cal. State Bar No. 231099)
valyncia@bwmtx.com
BAKER WILLIAMS MATTHIESEN LLP
1725 I Street NW, Suite 300
Washington, DC 20006
Telephone:  (202) 349-1136
Facsimile:  (202) 349-3915

Attorneys for Plaintiff
iolo technologies, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IOLO TECHNOLOGIES, LLC, a California limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> SYMANTEC CORPORATION, a Delaware corporation; and PC TOOLS, INC., a Delaware corporation; <br><br> Defendants. | **CASE NO. 2:12-cv-01126-DMG (JEMx)** <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** <br><br> [Fed. R. Civ. P. 41(a)(1)] |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

HEREBY SO AGREED AND STIPULATED.

Respectfully Submitted:

Dated: May 15, 2012

BAKER WILLIAMS MATTHIESEN LLP

By: _____
John C. Rawls
Valyncia Simmons
Sarah Silbert
Attorneys for Plaintiff
IOLO TECHNOLOGIES, LLC

Dated: May 15, 2012

FENWICK & WEST LLP

By: _____
Jedediah Wakefield
Guinevere L. Jobson
Attorneys for Defendant
Symantec Corporation and PC TOOLS, Inc.

IT IS SO ORDERED.
DATED: May 21, 2012

_____
DOLLY M. GEE
United States District Judge

— 1 —

STIPULATION OF DIMISSAL WITH PREJUDICE